IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS J. WOLVERTON**, <br><br> *Plaintiff,* <br> v. <br><br> **TRAVEL + LEISURE CO.**, <br><br> *Defendant.* | Case No.  2:22-cv-02832-JDW |

## ORDER

AND NOW, this 12th day of August, upon consideration of Plaintiff's Motion To Transfer Matter To The United States District Court For The Eastern District Of Pennsylvania [sic] (ECF No. 4), because the interests of justice appear to favor a transfer, it is **ORDERED** that the Motion is **GRANTED**. Pursuant to 28 U.S.C. § 1406, the Clerk of Court shall transfer this case to the United States District Court for the Middle District of Pennsylvania and mark this case closed for statistical purposes.

                                                               **BY THE COURT:**

                                                               */s/ Joshua D. Wolson*
                                                               **JOSHUA D. WOLSON, J.**